Dan R. Waite
State Bar No. 4078
Erik Foley
State Bar No. 14195
Nevada Bar No. 12062
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendants,*
*Dom Rubino Consulting Services, Inc.*
*and Bizstratplan, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FOCALPOINT INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOM RUBINO CONSULTING SERVICES, INC. and BIZSTRATPLAN, INC., <br><br> Defendants. | CASE NO.: 2:18-CV-00236-APG-PAL <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSE TO COMPLAINT** <br><br> **[FIRST REQUEST]** |

All parties to this action respectfully ask this Honorable Court to accept and approve their Stipulation to Extend Time for Defendants to file their response to Plaintiff's Complaint. Given the very recent retention of counsel for Defendants, the parties ask that Defendants' response date be extended to March 22, 2018.

The parties have entered into this stipulation in good faith and not for the mere purpose of delay and by this stipulation do agree to the extension in good faith.

*/ / / /*

*/ / / /*

*/ / / /*

*/ / / /*

*/ / / /*

*/ / / /*

*/ / / /*

104289880_2

**IT IS SO STIPULATED:**

Dated this 9th day of March, 2018.    Dated this 9th day of March, 2018.

| **GREENBERG TRAURIG, LLP** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
|---|---|
| By:*/s/ Jacob D. Bundick*<br>    Jacob D. Bundick<br>    State Bar No. 9772<br>    3773 Howard Hughes Pkwy.<br>    Suite. 400 North<br>    Las Vegas, NV 89169<br>    Tel. (702) 792-3773<br><br>    *Attorneys for Plaintiff Focalpoint International, Inc.* | By:*/s/ Dan R. Waite*<br>    Dan R. Waite<br>    State Bar No. 4078<br>    Erik Foley<br>    State Bar No. 14195<br>    3993 Howard Hughes Pkwy, Ste. 600<br>    Las Vegas, NV 89169<br>    Tel. (702) 949-8200<br><br>    *Attorneys for Defendants, Dom Rubino Consulting Services, Inc. and Bizstratplan, Inc.* |

**ORDER**

Defendants' response to Plaintiff's Complaint shall be filed on or before March 22, 2018.

Dated this 12th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

LEWIS ROCA ROTHGERBER LLP

By: */s/ Dan R. Waite*
    Dan R. Waite
    State Bar No. 4078
    Erik Foley
    State Bar No. 14195
    3993 Howard Hughes Pkwy, Ste. 600
    Las Vegas, NV 89169

 *Attorneys for Defendants, Dom Rubino Consulting Services, Inc. and Bizstratplan, Inc.*