JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com

*Counsel for Plaintiff*
*FocalPoint International, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FOCALPOINT INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOM RUBINO CONSULTING SERVICES, INC.; and BIZSTRATPLAN, INC., <br><br> Defendants. | Case No.: 2:18-cv-00236-APG-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF FOCALPOINT INTERNATIONAL, INC. TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS** <br><br> **[FIRST REQUEST]** |

Plaintiff, FocalPoint International, Inc. ("FocalPoint"), by and through its undersigned counsel of record, and Defendants, Dom Rubino Consulting Services, Inc. and BizStratPlan, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On February 8, 2018, FocalPoint filed its Complaint for Declaratory Relief against Defendants [ECF No. 1].

2. On March 22, 2018, Defendants filed a Motion to Dismiss [ECF No. 10].

3. FocalPoint's deadline to file a response to Defendants' Motion to Dismiss is April 5, 2018.

///

1

*CHI 69110974v1*

4. Due to scheduling conflicts of counsel, FocalPoint and Defendants have stipulated to allow FocalPoint additional time to file its response to Defendants' Motion to Dismiss. This is the first request for an extension of time of FocalPoint's April 5, 2018 deadline.

The Parties accordingly request an extension for FocalPoint to file its response to Defendants' Motion to Dismiss up to and including **April 12, 2018**.

**IT IS SO STIPULATED.**

DATED this 3rd day of April, 2018.

GREENBERG TRAURIG, LLP

*/s/ Jacob D. Bundick, Esq.*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

*Counsel for Plaintiff*
*FocalPoint International, Inc.*

DATED this 3rd day of April, 2018.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/ Dan R. Waite, Esq.*
DAN R. WAITE, ESQ.
Nevada Bar No. 4078
ERIK J. FOLEY, ESQ.
Nevada Bar No. 14195
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Counsel for Defendants Dom Rubino Consulting Services, Inc. and BizStratPlan, Inc.*

**IT IS SO ORDERED** this __3rd__ day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE /