JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com

*Counsel for Plaintiff*
*FocalPoint International, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FOCALPOINT INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOM RUBINO CONSULTING SERVICES, INC.; and BIZSTRATPLAN, INC., <br><br> Defendants. | Case No.: 2:18-cv-00236-APG-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF FOCALPOINT INTERNATIONAL, INC.'S MOTION TO ENFORCE AGREED UPON NEVADA FORUM SELECTION CLAUSE AND ENJOIN IMPROPER LAWSUIT IN CANADA** <br><br> **[FIRST REQUEST]** |

Plaintiff, FocalPoint International, Inc. ("FocalPoint"), by and through its undersigned counsel of record, and Defendants, Dom Rubino Consulting Services, Inc. and BizStratPlan, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On March 27, 2018, FocalPoint filed a Motion to Enforce Agreed Upon Nevada Forum Selection Clause and Enjoin Improper Lawsuit in Canada ("Motion to Enforce") [ECF No. 13].

1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

2. Defendants' deadline to file a response to FocalPoint's Motion to Enforce is April 10, 2018.

3. Due to scheduling conflicts of counsel, FocalPoint and Defendants have stipulated to allow Defendants additional time to file their response to FocalPoint's Motion to Enforce. This is the first request for an extension of time of Defendants' April 10, 2018 deadline.

The Parties accordingly request an extension for Defendants to file their response to FocalPoint's Motion to Enforce up to and including **April 17, 2018**.

**IT IS SO STIPULATED.**

DATED this 3rd day of April, 2018.                        DATED this 3rd day of April, 2018.

GREENBERG TRAURIG, LLP                                     LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/ Jacob D. Bundick, Esq.*                               */s/ Dan R. Waite, Esq.*
JACOB D. BUNDICK, ESQ.                                     DAN R. WAITE, ESQ.
Nevada Bar No. 9772                                        Nevada Bar No. 4078
3773 Howard Hughes Parkway, Suite 400 N                    ERIK J. FOLEY, ESQ.
Las Vegas, NV 89169                                        Nevada Bar No. 14195
                                                           3993 Howard Hughes Parkway, Suite 600
*Counsel for Plaintiff*                                    Las Vegas, NV 89169
*FocalPoint International, Inc.*

*Counsel for Defendants Dom Rubino Consulting Services, Inc. and BizStratPlan, Inc.*

**IT IS SO ORDERED** this  11th   day of April, 2018.

UNITED STATES DISTRICT JUDGE /

2

*CHI 69110975v1*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2018, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF FOCALPOINT INTERNATIONAL, INC.'S MOTION TO ENFORCE AGREED UPON NEVADA FORUM SELECTION CLAUSE AND ENJOIN IMPROPER LAWSUIT IN CANADA [FIRST REQUEST]** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ *Shayna Noyce*
An employee of Greenberg Traurig, LLP

CHI 69110975v1