# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FOCALPOINT INTERNATIONAL INC., | Case No. 2:18-cv-00236-APG-PAL |
| Plaintiff, | |
| v. | **ORDER SCHEDULING HEARING** |
| DOM RUBINO CONSULTING SERVICES INC. and BIZSTRATPLAN INC., | (ECF No. 19) |
| Defendants. | |

Plaintiff FocalPoint filed a motion (ECF No. 19) for an expedited hearing on its motion to enjoin a lawsuit pending in Canada. FocalPoint contends an expedited hearing is needed because the Canadian court has essentially frozen FocalPoint's assets. FocalPoint does not explain in its motion why it waited 30 days after that Canadian court order was issued to file its motion to enjoin that lawsuit. Nor does it explain why it waited another 21 days after filing its motion before seeking an expedited hearing. And FocalPoint has not attached to either motion a copy of the Canadian court order. Thus, I have no ability to evaluate the true emergency nature of the pending motions.

Related to all this is the defendants' pending motion to dismiss (ECF No. 10), which if granted would render moot FocalPoint's motions. In order to give this matter quick attention in light of my schedule, I will set a hearing for next week.

IT IS THEREFORE ORDERED that FocalPoint's motion for expedited hearing **(ECF No. 19) is GRANTED**. I will hold a hearing on the defendants' motion to dismiss (ECF No. 10) and FocalPoint's motion to enjoin (ECF No. 13) on **Monday, April 23, 2018 at 9:30 a.m.** in Las Vegas Courtroom 6C.

DATED this 17th day of April, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE