Dan R. Waite
Nevada Bar No. 4078
DWaite@LRRC.com
Brian D. Blakley
Nevada Bar No. 13074
BBlakley@LRRC.com
Erik J. Foley
Nevada Bar No. 14195
EFoley@LRRC.com
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for Defendants Dom Rubino Consulting Services, Inc. And BizStratPlan Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FOCALPOINT INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DOM RUBINO CONSULTING SERVICES, INC. and BIZSTRATPLAN INC.<br><br>Defendants. | Case No.: 2:18-cv-00236-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS' TO FILE AN ANSWER AND COUNTERCLAIMS**<br><br>**[FIRST REQUEST]** |

## STIPULATION

Plaintiff FocalPoint International, Inc., and Defendants Dom Rubino Consulting Services, Inc., and BizStratPlan, Inc. (collectively, "Defendants"), by and through their counsel of record, hereby stipulate to extend the deadline for Defendants to file their answer and counterclaims in response to FocalPoint's Complaint. Specifically, the parties agree that Defendants' current May 7, 2018 deadline will be extended to May 21, 2018.

///

///

///

104794129_1

**SO STIPULATED:**

DATED this 30th day of April, 2018.    DATED this 30th day of April, 2018.

GREENBERG TRAURIG LLP    LEWIS ROCA
                         ROTHGERBER CHRISTIE LLP

By: */s/ Jacob Bundick*    By: */s/ Brian Blakley*
Jacob Bundick (#9772)    Brian D. Blakley (#13074)
3773 Howard Hughes Pkwy, Ste. 400    3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169    Las Vegas, NV 89169
*Attorneys for Plaintiff*    *Attorneys for Defendants*

## **ORDER**

IT IS HEREBY ORDERED that Defendants' answer and counterclaims are due on May 21, 2018.

IT IS SO ORDERED.

Dated this 3rd day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Brian Blakley*
Dan R. Waite (#4078)
Brian D. Blakley (#13074)
Erik J. Foley (#14195)
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendants*