1  JACOB D. BUNDICK, ESQ.
   Nevada Bar No. 9772
2  GREENBERG TRAURIG, LLP
3  3773 Howard Hughes Parkway,
   Suite 400 North
4  Las Vegas, Nevada 89169
   Telephone: (702) 792-3773
5  Facsimile: (702) 792-9002
   Email: bundickj@gtlaw.com
6

7  *Counsel for Plaintiff*
   *FocalPoint International, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FOCALPOINT INTERNATIONAL, INC., | Case No.: 2:18-cv-00236-APG-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| DOM RUBINO CONSULTING SERVICES, INC.; and BIZSTRATPLAN, INC., | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff, FocalPoint International, Inc. ("FocalPoint"), and Defendants Dom Rubino Consulting Services, Inc. ("DRCS") and BizStratPlan Inc. ("BizStratPlan") (collectively, the "Parties"), by and through their respective counsel of record, and pursuant to Local Rules 7-1 and 26-4, hereby stipulate and agree to extend the deadlines contained in the Discovery Plan and Scheduling Order [Doc. 27] for a period of 60 days for the reasons set forth herein.

**I.     DISCOVERY COMPLETED TO DATE**

The Parties have each submitted their initial disclosures. On April 20, 2018, Defendants served their Initial Disclosures Pursuant to FRCP 26(a)(1). On May 24, 2018, FocalPoint Served its

1

*CHI 69382885v1*

Initial Disclosures Pursuant to FRCP 26(a)(1). On June 22, 2018, FocalPoint served its First Supplemental Disclosures. On July 2, 2018, FocalPoint served its Second and Third Supplemental Disclosures.

The Parties have also served written discovery. On June 1, 2018, Defendants served Requests for Production on FocalPoint. FocalPoint provided its initial response to these Requests on July 2, 2018. Efforts to complete its response remain ongoing. On June 22, 2018, FocalPoint served its First Set of Interrogatories and First Set of Document Requests on both DRCS and BizStratPlan. Defendants' efforts to respond to these discovery requests remain ongoing.

## II.  REASONS FOR EXTENDING DEADLINES; GOOD CAUSE

The Parties have made reasonable efforts in good faith to respond to the respective discovery requests and resolve the case. However, given some unforeseen circumstances, including the Parties' ongoing settlement discussions and the recent addition of a third-party, the Parties have determined that they need a limited extension to allow for full development of the record. The Parties' joint request to extend the deadlines in this matter is made in good faith and good cause exists for such an extension. This request is not made for purposes of delay.

## III.  PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Discovery cutoff | September 18, 2018 | **November 19, 2018** |
| Deadline to amend pleadings | June 20, 2018 | **August 20, 2018** |
| Deadline for Interim Status Report | July 20, 2018 | **September 21, 2018** |
| Deadline to make initial expert disclosures | July 20, 2018 | **September 21, 2018** |
| Deadline to make rebuttal expert disclosures | August 20, 2018 | **October 19, 2018** |
| Deadline to file dispositive motions | October 18, 2018 | **December 21, 2018** |
| Deadline to file joint pretrial order | November 19, 2018 | **January 18, 2019** |

/ / /

/ / /

2

*CHI 69382885v1*

Based on the foregoing stipulation and good cause appearing, the Parties respectfully request that the Court enter an Order adopting the Parties' proposed schedule for completing all remaining discovery and deadlines.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 17th day of July, 2018. | DATED this 17th day of July, 2018. |
| GREENBERG TRAURIG, LLP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| */s/ Jacob D. Bundick* <br> JACOB D. BUNDICK, ESQ. <br> Nevada Bar No. 9772 <br> 3773 Howard Hughes Parkway, Suite 400 N <br> Las Vegas, NV 89169 <br><br> *Counsel for Plaintiff* <br> *FocalPoint International, Inc.* | */s/ Dan R. Waite* <br> DAN R. WAITE, ESQ. <br> Nevada Bar No. 4078 <br> ERIK J. FOLEY, ESQ. <br> Nevada Bar No. 14195 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, NV 89169 <br><br> *Counsel for Defendants Dom Rubino Consulting Services, Inc. and BizStratPlan, Inc.* |

**IT IS SO ORDERED** this 23rd day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

3

*CHI 69382885v1*