JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com

*Attorney for Focalpoint International Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FOCALPOINT INTERNATIONAL INC.<br><br>Plaintiff,<br><br>vs.<br><br>DOM RUBINO CONSULTING SERVICES INC. and BIZSTRATPLAN INC.<br><br>Defendants. | Case No.: 2:18-cv-00236-APG-PAL<br><br>**NOTICE OF SETTLEMENT** |
| DOM RUBINO CONSULTING SERVICES INC. and BIZSTRATPLAN INC.<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>FOCALPOINT INTERNATIONAL INC.<br><br>Counter- Defendant. | |
| FOCALPOINT INTERNATIONAL INC.<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>DOMINIC RUBINO, individually<br><br>Third-Party Defendant. | |

Page 1

NOTICE IS HEREBY GIVEN that the parties have reached an agreement in principle to resolve this action and anticipate settlement documents will be finalized within the next sixty (60) days.

Therefore, the parties request that the Court vacate all pending deadlines and filing requirements in this matter and that the Court set a deadline sixty (60) days from the present date for filing a dismissal of this matter.

DATED this 19th day of February, 2019.

**GREENBERG TRAURIG, LLP**

By: /s/Jacob D. Bundick
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorney for Focalpoint International Inc.*

**IT IS ORDERED** that the settling parties shall have until **April 22, 2019** to either file a stipulation to dismiss with prejudice, or to file the Joint Pretrial Order.

Dated: February 21, 2019

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2019, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ Andrea Flintz
An employee of Greenberg Traurig, LLP