# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FOCALPOINT INTERNATIONAL INC., | Case No. 2:18-cv-00236-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| DOM RUBINO CONSULTING SERVICES INC., et al., | |
| Defendants. | |

This matter is before the court on the parties' failure to comply with the court's order (ECF No. 45), dated February 22, 2019. The parties notified the court that they had reached a settlement, and the court entered an order requiring the parties to file a stipulation to dismiss or a proposed joint pretrial order by April 22, 2019. (Order (ECF No. 45).) To date, the parties have not filed dismissal documents or a joint pretrial order. The parties must meet and confer and file dismissal documents or joint pretrial order by May 28, 2019. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: May 7, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE