**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FOCALPOINT INTERNATIONAL INC., | Case No. 2:18-cv-00236-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| DOM RUBINO CONSULTING SERVICES INC., et al., | |
| Defendants. | |

This matter is before the court on plaintiff Focalpoint International, Inc.'s Response to Order to Show Cause (ECF No. 50), filed on June 25, 2019. Focalpoint represented to the court that the parties were finalizing a settlement agreement and that a stipulation for dismissal would be filed within 60 days of Focalpoint's response. Nearly six months have passed without any activity in this case. The parties must file a joint status report or stipulation to dismiss by December 20, 2019.

IT IS SO ORDERED.


DATED: December 6, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE