JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com

*Attorney for Focalpoint International Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FOCALPOINT INTERNATIONAL INC. | Case No.: 2:18-cv-00236-APG-BNW |
| Plaintiff, | |
| vs. | |
| DOM RUBINO CONSULTING SERVICES INC. and BIZSTRATPLAN INC. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |
| DOM RUBINO CONSULTING SERVICES INC. and BIZSTRATPLAN INC. | |
| Counter-Plaintiffs, | |
| vs. | |
| FOCALPOINT INTERNATIONAL INC. | |
| Counter- Defendant. | |
| FOCALPOINT INTERNATIONAL INC. | |
| Third-Party Plaintiff, | |
| vs. | |
| DOMINIC RUBINO, individually | |
| Third-Party Defendant. | |

Page 1


It is hereby STIPULATED AND AGREED, between Plaintiff/Counter-Defendant/Third-Party Plaintiff FOCALPOINT INTERNATIONAL INC., by and through its counsel of record, Greenberg Traurig, LLP, and Third-Party Defendant DOMINIC RUBINO, individually and in *proper person*, that, in accordance with Fed.R.Civ.P. 41(a)(2), all claims asserted by the parties herein are dismissed with prejudice, with each party to bear its own fees and costs.[1]

**IT IS SO STIPULATED.**

Dated this 23rd day of July, 2020.                Dated this 23rd day of July, 2020.

**GREENBERG TRAURIG, LLP**

  /s/ Jacob D. Bundick                                    *Dominic Rubino* (DocuSigned)
JACOB D. BUNDICK, ESQ.                     DOMINIC RUBINO
Nevada Bar No. 9772                                126 Granville Street
10845 Griffith Peak Drive, Suite 600       New Westminster, British Columbia V3L 2E6
Las Vegas, Nevada 89135                       CANADA

*Attorney for Focalpoint International Inc.*    *Third-Party Defendant in Proper Person*

**ORDER**

**IT IS HEREBY ORDERED.**

Dated: July 24, 2020.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] This Stipulation and Order will dismiss this matter in its entirety as it relates to all parties, including Bizstrat Plan, Inc. and Dom Rubino Consulting Services, Inc., as the parties have executed a confidential settlement agreement.